**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| MICHIGAN ASSOCIATION OF PUBLIC SCHOOL ACADEMIES, *et al.*, | No. 2:24-cv-112 |
| Plaintiffs, | |
| v. | |
| U.S. DEPARTMENT OF EDUCATION, *et al.*, | |
| Defendants. | |

## MOTION OF PLAINTIFFS' COUNSEL
## CALEB KRUCKENBERG TO WITHDRAW

I, **CALEB KRUCKENBERG**, respectfully move to withdraw as co-counsel for Plaintiffs

pursuant to L.R. 83.4(b), as I will be leaving Pacific Legal Foundation effective February 16, 2024.

Plaintiffs will continue to be represented in this matter by Frank Garrison and Oliver Dunford

of Pacific Legal Foundation, and Plaintiffs consent to my withdrawal.

Respectfully submitted,
*/s/ Caleb Kruckenberg*
CALEB KRUCKENBERG*
3100 Clarendon Blvd.
Suite 1000
Arlington, Virginia 22201
Telephone: (202) 888-6881
CKruckenberg@pacificlegal.org

1

## CERTIFICATE OF SERVICE

The undersigned hereby certify that on February 15, 2024, I electronically filed the foregoing document with the Clerk of the Court via the CM/ECF system, which will cause a copy to be served upon counsel of record.

*/s/ Caleb Kruckenberg*
CALEB KRUCKENBERG
